**Jack FLEMING, Plaintiff–Appellant,**

v.

**FORD MOTOR COMPANY; United Auto Workers, Local 420, Defendants–Appellees.**

**No. 06–3314.**

United States Court of Appeals, Sixth Circuit.

Jan. 26, 2007.

Before: SUHRHEINRICH, GIBBONS and COOK, Circuit Judges.

PER CURIAM.

Appellant appeals the district court's order granting summary judgment for Appellees. After reviewing the record, the parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's decision for the reasons stated in that court's opinion.